# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| JOHN T. WILLIAMS, | ) |
|     *Plaintiff*, | ) Case No. 1:20-cv-328 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| RICHARD SULLIVAN, | ) Magistrate Judge Christopher H. Steger |
| | ) |
|     *Defendant*. | ) |

## ORDER

Plaintiff filed this *pro se* action on October 21, 2020 (Doc. 1) and subsequently filed an application to proceed *in forma pauperis* (Doc. 4). On April 19, 2021, United States Magistrate Judge Christopher H. Steger issued a report and recommendation, recommending the Court dismiss the complaint without prejudice for lack of subject-matter jurisdiction. (Doc. 7.) Magistrate Judge Steger also recommended that the Court deny the application to proceed *in forma pauperis* as moot. (*Id.*) Plaintiff did not timely object to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact, conclusions of law, and recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 7) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED WITHOUT PREJUDICE** and that Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 4) be **DENIED AS MOOT**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

                                                      /s/ *Travis R. McDonough*
                                                      **TRAVIS R. MCDONOUGH**
                                                      **UNITED STATES DISTRICT JUDGE**